IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00256-M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| KEITH HARRIS, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on Defendant's Motion to Seal Docket Entry 25 [DE 26]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 25 until further order of the court.

SO ORDERED this 28th day of February, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE